tus Goodnow and another, as administrators, etc.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN P. J., and KRUSE, J., dissent, upon the ground that the plaintiff's claim is not established by clear and convincing evidence.

BROWN, Respondent, v. CLEVELAND TRUST CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Sallie S. Brown against the Cleveland Trust Company. H. S. Marshall, for appellant. W. C. Breed, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.

BROWN, Respondent, v. DUNK, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Irving R. Brown against Laura V. Dunk. No opinion. Judgment modified, by deducting the interest therefrom, and, as so modified, the judgment and order of the County Court of Westchester county are affirmed, without costs.

BUFFALO FORGE CO., Respondent, v. COLUMBUS & HOCKING CLAY CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by the Buffalo Forge Company against the Columbus & Hocking Clay Construction Company.

PER CURIAM. Order affirmed, with costs. McLENNAN, P. J., dissents. See, also, 112 N. Y. Supp. 460.

BUFFALO FOUNDRY & MACHINE CO., Respondent, v. LOCKPORT RUBBER WORKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by the Buffalo Foundry & Machine Company against the Lockport Rubber Works. No opinion. Motion to dismiss appeal granted, unless appellant shall, on or before August 10, 1910, file and serve printed papers on appeal, as required by general rule 41.

BUILDERS' MORTG. CO., Appellant, v. ITALIAN-AMERICAN TRUST CO. OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by the Builders' Mortgage Company against the Italian-American Trust Company of the City of New York. No opinion. Judgment affirmed, with costs.

BUMP, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Jennie M. Bump, as administratrix, etc., against the New York Central and Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BURK et al., Respondents, v. BINGHAM, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by John Burk and another against Thomas Bingham. No opinion. Order of the Municipal Court affirmed, with costs and disbursements.

BURKE, Respondent, v. CONTINENTAL INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by William E. Burke against the Continental Insurance Company of New York. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 123 N. Y. Supp. 1108.

BURKS, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by Clara G. Burks against the State of New York. No opinion. Motion granted. See, also, 123 N. Y. Supp. 1109.

BURKS, Respondent, v. STATE (two cases). (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Actions by Alonzo E. Burks against the State of New York. No opinion. Motions granted. See, also, 123 N. Y. Supp. 1109.

In re BURNS' WILL. (Supreme Court, Appellate Division, Fouth Department. October 5, 1910.) In the matter of the probate of the alleged last will and testament of Sarah J. Burns, deceased. No opinion. Appeal dismissed, without costs. For former decision, see 121 N. Y. Supp. 1126.

BUSHBY v. BERKELEY. (Supreme Court, Appellate Division, First Department, June 24, 1910.) Action by James C. Bushby against Lancelot M. Berkeley. No opinion. Motion denied, with $10 costs. Order filed. See, also, 135 App. Div. 443, 119 N. Y. Supp. 739.

CALLAHAN, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Michael M. Callahan against the Erie Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, 123 N. Y. Supp. 1109.

CAMMAN, Respondent, v. BRAFFETT, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by John F. Camman against William J. Braffett. No opinion. Judgment of the Municipal Court affirmed, with costs.